# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

IN RE:

**JOSE MANUEL GOMEZ DE JESUS
KEREN AGOSTO TORRES**

**xxx–xx–4227
xxx–xx–9898**

Debtor(s)

Case No. **19–04007 ESL**

Chapter **13**

FILED & ENTERED ON 1/9/24

## *ORDER GRANTING UNOPPOSED MOTION*

This case is before the Court on the following motion: Motion for copy of tax returns filed by Chapter 13 Trustee, docket #19.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted. Debtors shall comply within 14 days. In San Juan, Puerto Rico, this Tuesday, January 9, 2024.

Enrique S. Lamoutte
United States Bankruptcy Judge