IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>JOSE MANUEL GOMEZ DE JESUS<br>KEREN AGOSTO TORRES<br><br>DEBTOR(S) | CASE NO. 19-04007-ESL<br><br>CHAPTER 13 |

**TRUSTEE'S POSITION AS TO**
<u>**Debtor's Motion Requesting Order RE:**</u>
<u>**Ratification of the Use of Fund From 2022 Tax**</u>

**TO THE HONORABLE COURT:**

**COMES NOW,** OSMARIE NAVARRO MARTINEZ, Standing Chapter 13 Trustee, and very respectfully**,**

**ALLEGES, STATES** and **PRAYS:**

On <u>January 11, 2024,</u> filed a/an <u>Debtor's Motion Requesting Order RE: Ratification of the Use of Fund From 2022 Tax Refund</u>. **(Docket no. 22**). The Trustee has **no opposition** to said request.

**WHEREFORE**, the Chapter 13 Trustee hereby requests that Honorable Court to take notice of the aforementioned and enter the order it deems appropriate.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification of such filing to all CM/ECF participants in this case. I further certify that I have mailed this document by First Class Mail postage prepaid to debtor, at the mailing address of record.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 1/16/2024.

<u>/s/ OSMARIE NAVARRO MARTINEZ</u>
OSMARIE NAVARRO MARTINEZ
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521
legal-AD